

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

November 8, 2019

**VIA ECF and E-MAIL** (Torres_NYSDChambers@nysd.uscourts.gov)
The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: Bobbit v. Marzan, 16 Civ. 2042 (AT)(OTW)
            Bobbit v. Rabideau, 18 Civ. 2465 (AT) (OTW)

Dear Judge Torres:

      This office represents Defendants in the above cases. I write jointly, with Plaintiff's counsel, to request a revision of the deadlines for summary judgment briefing in this action. The parties jointly propose a revision of the deadlines as follows:

- December 9, 2019: Summary judgment motions due (previously November 19, 2019)

- January 10, 2020: Oppositions due (previously December 17, 2019)

- January 31, 2020: Replies due (previously January 10, 2020)

      Counsel for all parties are requesting this revision due to their respective schedules. I have spent the bulk of this week supervising the repairs and inspections relating to a gas leak in my home that required extensive work to repair, which left me unable to work on Defendants' summary judgment submissions, and am also preparing for an upcoming trial in December (Jenkins v. Cordero, 17 Civ. 1592). In addition, Mr. Rothman has advised me that he is moving his office over the next month to another building, which is causing significant disruption to all of his activities, and has numerous deadlines he is dealing with.

GRANTED in part, DENIED in part. By **December 9, 2019**, the parties shall submit their motions for summary judgment. By **January 10, 2020**, the parties shall submit their oppositions. By **January 24, 2020**, the parties shall submit any replies.

SO ORDERED.

Dated: November 12, 2019
      New York, New York

_____
ANALISA TORRES
United States District Judge