```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
                                                    DOC #: _____
                                                    DATE FILED: 12/4/2019
```



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

December 3, 2019

**VIA ECF and E-MAIL** (Torres_NYSDChambers@nysd.uscourts.gov)
The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Bobbit v. Marzan, 16 Civ. 2042 (AT)(OTW)
    Bobbit v. Rabideau, 18 Civ. 2465 (AT) (OTW)

Dear Judge Torres:

This office represents Defendants in the above cases. I write, with Plaintiff's counsel's consent, to request a revision of the deadline for submitting summary judgment motions from December 9, 2019 to December 13, 2019. No request is being made to revise the January 10, 2020 deadline for oppositions or the January 24, 2020 deadline for replies.

The Court previously extended the above deadlines after counsel wrote to the Court on November 8, 2019. I am requesting this revision due to my schedule. I have been ill and suffering from a foot injury the last several days and before that was focused on motion practice and discovery in a complex putative class action (M.G. v. Cuomo, 19 Civ. 639 (S.D.N.Y.)). The additional time is also needed to communicate with the approximately fifteen affiants in the two actions, who are spread out across the state, some of whom have retired.

We thank the Court for its consideration.

Respectfully submitted,

/s/Jeb Harben
Jeb Harben
Assistant Attorney General
Phone: (212) 416-6185
E-mail: jeb.harben@ag.ny.gov

GRANTED. By **December 13, 2019**, the parties shall file their motions for summary judgment.

SO ORDERED.

Dated: December 4, 2019
       New York, New York

*[signature]*

ANALISA TORRES
United States District Judge

8610 ● Fax: (212) 416-6075 (Not For Service of Papers)