UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA BOBBIT,

          Plaintiff,

-against-

CORRECTIONAL OFFICER MONICA MARZAN; CORRECTIONAL OFFICER J. CONFORTI; CORRECTIONAL LIEUTENANT SANDRA HANN; NEW YORK STATE POLICE TROOPER ROBERT MURTHA, Shield No. 4235; NEW YORK STATE POLICE INVESTIGATOR THEODORE DALEY, Shield No. 3533; NEW YORK STATE TROOPER SARAH BOLIN; THE STATE OF NEW YORK, THE NEW YORK STATE POLICE (NYSP), THE NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISIONS (DOCCS), JOHN DOES, AND RICHARD ROES,

          Defendants.

LISA BOBBIT,

         Plaintiff,

-against-

CORRECTIONAL SERGEANT DEAN REBIDEAU; CORRECTIONAL OFFICER "FNU" [FIRST NAME UNKNOWN] WONG; CORRECTIONAL OFFICER NEYSA PALMER; NEW YORK STATE POLICE ("NYSP") TROOPER NICOLE WALTHER; NYSP TROOPER KRYSTAL PAOLICELLI; NYSP INVESTIGATOR KIMBERLY COMPOS; NYSP TROOPER CHELSEA GAGLIARDI; JOHN DOES and RICHARD ROES,

         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2020   

16 Civ. 2042 (AT)

18 Civ. 2465 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 21, 2020, the Court granted in part and denied in part the parties' cross-motions for summary judgment in these consolidated actions, and set trial for May 17, 2021. ECF No. 260.[1] On October 6, 2020, Defendants filed a letter seeking clarification of the

---

[1] ECF citations are to the docket in case number 16 Civ. 2042.

September 21 Order.  ECF No. 262.

      Defendants' motion for summary judgment is GRANTED as to Plaintiff's failure to intervene claim against Defendant Palmer, for the same reasons as the claim was dismissed against Defendants Wong, Travis, and Rabideau.  ECF No. 260 at 14.

      In her October 11, 2019 pre-motion letter, Plaintiff withdrew her claims against Defendant Halicki without prejudice, and also withdrew her conspiracy and cover-up claims against Defendant Hann, while reserving her appellate rights in that regard.  ECF No. 196 at 2, 8. Accordingly, the claims against Defendant Halicki are DISMISSED without prejudice. Plaintiff's conspiracy and cover-up claims against Defendant Hann are DISMISSED without prejudice.

      The Clerk of Court is directed to amend the caption of this action as styled above.

      SO ORDERED.

Dated:  October 13, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge

2