USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA BOBBIT,

        Plaintiff,

-against-

CORRECTIONAL OFFICER MONICA MARZAN;
CORRECTIONAL OFFICER J. CONFORTI;
CORRECTIONAL LIEUTENANT SANDRA HANN;
NEW YORK STATE POLICE TROOPER ROBERT
MURTHA, Shield No. 4235; NEW YORK STATE
POLICE INVESTIGATOR THEODORE DALEY,
Shield No. 3533; NEW YORK STATE TROOPER
SARAH BOLIN; THE STATE OF NEW YORK, THE
NEW YORK STATE POLICE (NYSP), THE NEW
YORK STATE DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISIONS (DOCCS),
JOHN DOES, AND RICHARD ROES,

        Defendants.

16 Civ. 2042 (AT)

LISA BOBBIT,

        Plaintiff,

-against-

CORRECTIONAL SERGEANT DEAN REBIDEAU;
CORRECTIONAL OFFICER "FNU" [FIRST NAME
UNKNOWN] WONG; CORRECTIONAL OFFICER
"FNU" [FIRST NAME UNKNOWN] HALICKI;
CORRECTIONAL OFFICER NEYSA PALMER;
NEW YORK STATE POLICE ("NYSP") TROOPER
NICOLE WALTHER; NYSP TROOPER KRYSTAL
PAOLICELLI; NYSP INVESTIGATOR KIMBERLY
COMPOS; NYSP TROOPER CHELSEA GAGLIARDI;
JOHN DOES and RICHARD ROES,

        Defendants.

18 Civ. 2465 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Pursuant to the Court's order of March 4, 2021, No. 16 Civ. 2042, ECF No. 265, the final pretrial conference scheduled for May 12, 2021, is ADJOURNED *sine die*.

SO ORDERED.

Dated: May 11, 2021
New York, New York

ANALISA TORRES
United States District Judge