USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2022



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

May 23, 2022

**VIA ECF and E-MAIL** (Torres_NYSDChambers@nysd.uscourts.gov)
The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: Bobbit v. Marzan, 16 Civ. 2042 (AT)(OTW)
        Bobbit v. Rabideau, 18 Civ. 2465 (AT) (OTW)

Dear Judge Torres:

   This office represents the remaining Defendants in the above-referenced cases. I write, with Plaintiff's counsel's consent, to respectfully request the following revision of the deadlines for pre-trial submissions:

- Joint Pre-Trial Order/motions in limine/proposed requests to charge/verdict form/voir dire: July 15, 2022 (previously June 1, 2022)
- Objections / responses to voir dire/requests to charge/motions in limine: July 29, 2021 (previously June 8, 2022)

   The requested adjournment will allow more time to seek to resolve this action and avoid Plaintiff's counsel potentially incurring unnecessary legal fees. My office hopes to receive a final decision regarding settlement authority within the next 2-3 weeks.

   In supplement to the parties' joint letter of January 3, 2022 (Docket # 267 in 16cv2042), Plaintiff's counsel also wishes to update the Court further on his availability for trial (the Court has not yet scheduled the trial of this matter). Plaintiff's counsel is presently available to try this case in either December 2022 or January 2023, and then again from mid-April 2023 on. Defendants' counsel is also available during the periods proposed by Plaintiff's counsel, other than the weeks of December 19 and 26, 2022.

   We thank the Court for its consideration.

GRANTED.

SO ORDERED.

Dated: May 24, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge