| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>LISA BOBBIT,<br><br>        Plaintiff,<br><br>  -against-<br><br>CORRECTIONAL OFFICER MONICA MARZAN; CORRECTIONAL SERGEANT J. CONFORTI; CORRECTIONAL LIEUTENANT SANDRA HANN; NEW YORK STATE POLICE TROOPER ROBERT MURTHA, Shield No. 4235; NEW YORK STATE POLICE INVESTIGATOR THEODORE DALEY, Shield No. 3533; NEW YORK STATE TROOPER SARAH BOLIN; THE STATE OF NEW YORK; THE NEW YORK STATE POLICE (NYSP); THE NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION (DOCCS); JOHN DOES; and RICHARD ROES,<br><br>        Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 9/14/2022<br><br><br>16 Civ. 2042 (AT) (OTW) |
| LISA BOBBIT,<br><br>        Plaintiff,<br><br>  -against-<br><br>CORRECTIONAL SERGEANT DEAN RABIDEAU; CORRECTIONAL OFFICER "FNU" [FIRST NAME UNKNOWN] WONG; CORRECTIONAL OFFICER "FNU" [FIRST NAME UNKNOWN] TRAVIS; CORRECTIONAL OFFICER "FNU" [FIRST NAME UNKNOWN] HALICKI; NEW YORK STATE POLICE ("NYSP") TROOPER NICOLE WALTHER; NYSP TROOPER KRYSTAL PAOLICELLI; NYSP INVESTIGATOR KIMBERLY COMPOS; NYSP TROOPER CHELSEA GAGLIARDI; JOHN DOES, and RICHARD ROES,<br><br>        Defendants. | 18 Civ. 2465 (AT) (OTW)<br><br>**ORDER** |

ANALISA TORRES, District Judge:

  The Court has been advised that all claims asserted herein have been settled in principle. *See* No. 18 Civ. 2465, ECF No. 161; 16 Civ. 2042, ECF No. 274. Accordingly, the above-

entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

Any application to reopen must be filed within thirty days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot. All conferences, trials, and deadlines are vacated. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: September 14, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge